PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:12CR141 DPJ-FKB

SPENCER P. COPELAND

    The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 12th day of December, 2012.

    This the 12th day December, 2012.

                                                  GREGORY K. DAVIS
                                                United States Attorney

                    By:   *Carla Clark*
                                CARLA J. CLARK
                                Assistant U.S. Attorney
                                MS Bar #9490

Warrant issued: _____